### UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

KEVIN P. WEIMER  
DISTRICT COURT EXECUTIVE  
AND CLERK OF COURT

DOCKETING SECTION  
404-215-1655

October 6, 2021

Clerk of Court  
U.S. Court of Appeals, Eleventh Circuit  
56 Forsyth Street, N.W.  
Atlanta, Georgia   30303

    **U.S.D.C. No.: 1:18-mi-0043-TWT**  
    **U.S.C.A. No.: 00-00000-00**  
    **In re:    ACF Basin Water Litigation**

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Clerk's Judgment, Order and Docket Sheet appealed enclosed.** |
| **X** | **This is not the first Notice of Appeal.** |
| ___ | There is no transcript. |
| **X** | **The court reporters are Susan C. Baker and Diane Peede.** |
| ___ | There is sealed material in this case. |
| ___ | Other: . |
| **X** | **Fee paid; Receipt Number AGANDC-11309223.** |
| ___ | Appellant has been   leave to file *in forma pauperis*. |
| ___ | This is a bankruptcy appeal.   The Bankruptcy Judge is Judge . |
| ___ | The Magistrate Judge is . |
| **X** | **The District Judge is Thomas W. Thrash, Jr.** |
| ___ | This is a **DEATH PENALTY** appeal. |

                                            Sincerely,

                                            Kevin P. Weimer  
                                            District Court Executive  
                                            and Clerk of Court

                              By:   /s/ K. Carter  
                                     Deputy Clerk

Enclosures