IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In Re: ACF Basin Water Litigation

Civil Action No: 1:18-mi-00043

**NOTICE OF SUBSTITUTION OF COUNSEL**

Pursuant to Local Rule 83.1(D), Drew F. Waldbeser provides notice of his withdrawal as counsel for the Intervenor-Defendant State of Georgia. Mr. Waldbeser is departing the Department of Law for private practice. Shelly Jacobs Ellerhorst will continue to represent the Intervenor-Defendant as counsel of record. Counsel's contact information is as follows:

Shelly Jacobs Ellerhorst
Kazmarek Mowrey Cloud Laseter LLP
1230 Peachtree St. N.E.
Suite 900
Atlanta, Georgia 30309
(404) 812-0840
sellerhorst@kmcllaw.com

Respectfully submitted,

*/s/ Drew F. Waldbeser*

| | |
|---|---|
| CHRISTOPHER M. CARR<br>*Attorney General* | 112505 |
| STEPHEN J. PETRANY<br>*Solicitor General* | 718981 |
| DREW F. WALDBESER<br>*Deputy Solicitor General* | 862285 |

40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Direct line: (404) 458-3378
Email: dwaldbeser@law.ga.gov

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 10, 2022, I served this Notice of Substitution of Counsel by electronically filing it with this Court's ECF system, which constitutes service on all attorneys who have appeared in this case and are registered to use the ECF system.

                */s/ Drew F. Waldbeser*
                Drew F. Waldbeser